UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

APRIL RENEE LEWIS,

    PLAINTIFF,

                          CASE NO. 2:14-CV-2335
                          CHIEF JUDGE EDMUND A. SARGUS, JR.
v.                        MAGISTRATE JUDGE ELIZABETH P. DEAVERS

COMMISSIONER OF
SOCIAL SECURITY,

    DEFENDANT.

## ORDER

On January 22, 2016, the Magistrate Judge issued a Report and Recommendation concluding that the decision of the Commissioner of Social Security be reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g). Thereafter, the Commissioner filed a timely objection, which this Court now considers.

The Report and Recommendation issued by the Magistrate Judge correctly describes the Plaintiff's testimony, medical history and impairments. Her primary impairment is severe fibromyalgia, a condition characterized by widespread pain, not otherwise amenable to objective diagnosis. *See Preston v. Sec'y of Health & Hum. Servs.*, 854 F.2d 815, 817 (6th Cir. 1988); *Roberts v. Comm'r of Soc. Sec.*, 486 F.3d 234, 247 (6th Cir. 2007). Consequently, the proper credibility determination made by the Administrative Law Judge (ALJ) is of central importance to a lawful adjudication of the claim.

The undersigned agrees with and adopts the well-reasoned conclusion of the Magistrate Judge that the analysis undertaken by the ALJ was in error. This Court **ADOPTS** the Report and Recommendation. It is **ORDERED** that the Commissioner's decision is **REVERSED**. This action is **REMANDED** to the Commissioner and the Administrative Law Judge under Sentence Four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

3-28-2016
**DATE**

EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**