# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

MICHAEL R. LEWIS o/b/o
APRIL RENEE LEWIS,

      Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

Civil Action 2:14-cv-2335
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Elizabeth P. Deavers

## ORDER

The parties' Joint Stipulation for an Award of Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, [ECF No. 32] is **GRANTED**. Accordingly, Plaintiff is **AWARDED** attorneys' fees, costs, and expenses in the amount of **$4,600.00**, payable to Plaintiff. In light of this award under the Joint Stipulation, Plaintiff's Application for Attorney's Fees [ECF No. 29] is **DENIED AS MOOT**. If Plaintiff does not owe a debt to the United States, the Government should honor an assignment of Plaintiff's EAJA fees to his counsel.

**IT IS SO ORDERED.**

7-6-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE